PROB 12C
(7/93)

Report Date: December 3, 2010

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 03 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Travis Barnes                Case Number: 2:10CR02124-001

Address of Offender:

Name of Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 9/20/2001

Original Offense:    Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(b)(1)(A), and 846

Original Sentence:   Prison - 84 Months;              Type of Supervision: Supervised Release
                     TSR - 60 Months

Asst. U.S. Attorney: TBD                        Date Supervision Commenced: 3/9/2007

Defense Attorney:    TBD                        Date Supervision Expires: 3/8/2012

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Mr. Barnes has failed to report back to the probation office to submit to a urinalysis test as directed by his probation officer on November 19, 2010. |
| | On November 19, 2010, Mr. Barnes was directed to provide a urine sample. Mr. Barnes stated he could not produce at that time. The defendant requested he be allowed to go to work so he could complete a job and would return this same date to provide the specimen. Mr. Barnes did not return as directed. |
| 2 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Barnes has failed to submit to a random urinalysis testing at Merit Resource Services (Merit) on November 23, 2010. |

Prob12C
Re: Barnes, Travis
December 3, 2010
Page 2

On November 19, 2010, Mr. Barnes was reminded he was to call the color line at Merit on a daily basis and when his color was called, he was to report and submit a urine sample. Mr. Barnes failed to submit to a urinalysis test on November 23, 2010.

3    **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Barnes has failed to report a change of residence as of November 30, 2010.

On November 30, 2010, a home visit was conducted at the defendant's reported address of 1816 Ross Lane in Union Gap, Washington. A family member indicated Mr. Barnes had not stayed at the residence for the past week. This officer was advised Mr. Barnes comes to visit and has not been living at this residence.

4    **Special Condition # 1**: The defendant will enter and successfully complete a program of testing and treatment for drugs/alcohol abuse, as directed by the probation officer until such time as the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost, as deemed appropriate by the probation officer..

**Supporting Evidence**: Mr. Barnes has failed to obtain a drug and alcohol evaluation as directed by his probation officer as of December 2, 2010.

On November 19, 2010, Mr. Barnes agreed to obtain a drug and alcohol evaluation and he was referred to Merit. The defendant stated he would go to Merit on November 22, 2010, to get the evaluation done. As of December 2, 2010, Mr. Barnes has yet to complete the evaluation as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/03/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/3/10
Date