PROB 12C
(7/93)

Report Date: January 27, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 28 2011

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Travis Barnes                Case Number: 2:10CR02124-001

Address of Offender:

Name of Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 9/20/2001

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 841(b)(1)(A), and 846 | |
| Original Sentence: | Prison - 84 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: 3/9/2007 |
| Defense Attorney: | Kraig Gardner | Date Supervision Expires: 3/8/2012 |

---

### PETITIONING THE COURT

   To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on December 3, 2010.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Barnes tested positive for amphetamine and methamphetamine on January 7, 2011. |
| | On January 3, 2011, Mr. Barnes entered a 21-day inpatient drug and alcohol treatment program at Sundown M Ranch. He was directed to submit to a urinalysis on January 7, 2011. The test was confirmed positive for amphetamine and methamphetamine by Sterling Reference Laboratories. Mr. Barnes was confronted regarding this illegal drug use to which he admitted to using the substance prior to entering treatment. |
| 6 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: **Barnes, Travis**
January 27, 2011
Page 2

**Supporting Evidence**: Mr. Barnes tested presumptive positive for methamphetamine on January 26, 2011.

On January 26, 2011, Mr. Barnes reported to Merit Resource Service (Merit) and submitted to a urinalysis which tested presumptive positive for methamphetamine. Mr. Barnes was confronted regarding his illegal drug use to which he admitted to using the substance on January 24, 2011. The specimen has been sent to Alere Toxicology Services, Incorporated for confirmation.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/27/2011

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

1/28/11
Date