1  Kraig Gardner
   FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
2  306 East Chestnut Avenue
   Yakima, Washington 98901
3  (509) 248-8920

4  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR-10-2124-LRS |
| Plaintiff, ) | |
| ) | AGREED |
| vs. ) | ORDER GRANTING MOTION |
| ) | TO MODIFY CONDITIONS |
| TRAVIS BARNES, ) | OF RELEASE |
| ) | |
| Defendant. ) | |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (Ct. Rec. 53). For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Release Conditions (Ct. Rec. 53) is **GRANTED**. Specifically, Mr. Barnes curfew will be changed to 8:00 p.m, and Mr. Barnes is authorized, with prior permission of probation, to reside on the weekends with his family. All other conditions of Supervised release will remain unchanged.

///

///

AGREED ORDER                    1

**IT IS SO ORDERED.** The district court executive is directed to enter this order and provide copies to counsel and to the United States Probation Office.

DATED this 24th day of March, 2011.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE