PROB 12B
(7/93)

Report Date: June 10, 2011

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### for the

JUN 1 0 2011

### Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Travis Barnes                    Case Number: 2:10CR02124-001

Name of Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 9/20/2001             Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute a      Date Supervision Commenced: 3/9/2007
Controlled Substance, 21 U.S.C. §§ 841(b)(1)(A), and
846

Original Sentence: Prison - 84 Months; TSR - 60    Date Supervision Expires: 3/8/2012
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20      You shall participate in the home confinement program for 30 days. You shall abide by all the requirements
        of the program, which will include electronic monitoring or other location verification system. You shall
        pay all or part of the costs of the program based upon your ability to pay. You are restricted to your
        residence every day from 8 p.m. to 6 a.m., as directed by the supervising officer.

### CAUSE

On June 1, 2011, a home visit was conducted at the defendant's residence. The defendant was not at his residence
and it was past his Court ordered curfew. The following day Mr. Barnes called this officer and advised he had gone
to the Wal-Mart store to purchase cigarettes and was only gone for a period of 15 minutes. Mr. Barnes was asked
to provide verification by presenting a purchase receipt, but was unable to do so. As a consequence for this violation,
Mr. Barnes has agreed to be place on electronic monitoring on his already established Court ordered curfew of 8 p.m
to 6 a.m. for a period of 30 days.

Please see attached waiver of hearing to modify his conditions signed by Mr. Barnes acknowledging this
modification.

Prob 12B
**Re: Barnes, Travis**
**June 10, 2011**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/10/2011

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

Signature of Judicial Officer

6/10/11

Date

PROB 49
(1/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 0 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20   You shall participate in the home confinement program for 30 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence every day from 8 p.m. to 6 a.m., as directed by the supervising officer.

Witness: _____          Signed: _____
José Zepeda                                           Travis Barnes
U.S. Probation Officer                           Probationer or Supervised Releasee

_____
June 10, 2011
Date