PROB 12C
(7/93)

Report Date: October 21, 2013

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
OCT 2 1 2013
SEAN F. McAVOY, CLERK
DEPUTY
YAKIMA, WASHINGTON

# United States District Court

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Travis Shane Barnes

Case Number: 0980 2:10CR02124-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: September 20, 2001

Original Offense: Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(b)(1)A and 846

Original Sentence: Prison 84 months
TSR - 60 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Alison Gregoire

Date Supervision Commenced: June 2, 2013

Defense Attorney: Rick Lee Hoffman

Date Supervision Expires: June 1, 2015

---

**PETITIONING THE COURT**

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Travis Barnes used methamphetamine on or about September 24, 2013.<br><br>On September 24, 2013, Mr. Barnes reported to the U.S. Probation Office, at which time a sweat patch was applied on his person. On September 30, 2013, the sweat patch was removed and sent to Clinical Reference Laboratory (CLR) for testing. On October 11, 2013, test results revealed the sweat patch had tested positive for methamphetamine. |
| 2 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Travis Barnes failed to report to his supervising probation officer, as directed on October 15, 2013. |

On October 15, 2013, the defendant appeared in Court for his Sobriety Treatment and Education Program (STEP) session. During the session, the defendant was given the option of being terminated from the program or serving a 7-day jail sentence and following through with a 9-month inpatient treatment program, due to a recent positive drug test. Mr. Barnes was directed to meet with his supervising probation officer after the session, at which time he was to provide a response. After the session, he requested permission to speak with his mother for a few minutes before meeting with the undersigned officer. Although the defendant was given permission to speak with his mother, he instead chose to walk out of the Federal building and abscond from supervision.

3 **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Travis Barnes changed his residence on October 15, 2013, without notifying his supervising probation officer.

On October 18, 2013, contact was made with the defendant's parents, who advised they had not seen or heard from him since October 15, 2013, and did not know of his current whereabouts.

4 **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Travis Barnes failed to maintain compliance with his home confinement program as directed by his supervising probation officer.

On September 17, 2013, Mr. Barnes reviewed and signed a location monitoring agreement form agreeing to maintain compliance with his home confinement program. On October 15, 2013, the defendant failed to return to his listed residence prior to his curfew start time of 2:30 p.m.

5 **Special Condition #14**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Travis Barnes failed to attend his aftercare treatment sessions at Merit Resource Services on October 15, 16, and 17, 2013.

On October 18, 2013, contact with the defendant's treatment counselor revealed the defendant failed to show for his group counseling sessions on the above-mentioned dates. Additionally, his counselor advised that his treatment file would be closed based on his noncompliant behavior.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/21/2013

Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/21/13
Date